THE STATE EX REL. CRIM, APPELLANT, *v.* OHIO
ADULT PAROLE AUTHORITY, APPELLEE.

[Cite as *State ex rel. Crim v. Ohio Adult Parole
Auth.* (1999), 87 Ohio St.3d 38.]

(No. 99–491—Submitted August 25, 1999—Decided October 13, 1999.)

*Howard Crim, Jr., pro se.*

*Betty D. Montgomery,* Attorney General, and *Joshua T. Cox,* Assistant Attorney General, for appellee.

---

**Per Curiam.** We affirm the judgment of the court of appeals. A writ of mandamus will not issue to compel an act that has already been performed. *State ex rel. Eads v. Callahan* (1998), 82 Ohio St.3d 405, 406, 696 N.E.2d 581, 582.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.